IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ Eastern DIVISION

RECEIVED
2007 JUN -6  P 2: 25

| | |
|---|---|
| DOROTHY WALKER, | * |
| Plaintiff, | * |
| v. | *  CASE NO. 3:07CV503 - MEF |
| JOHN HUGGINS and HARBORLITE CORPORATION, | * |
| Defendant. | * |

## NOTICE OF REMOVAL

Defendants, John Huggins and Harborlite Corporation (hereinafter referred to as "Harborlite"), give notice of the removal of the above-styled action from the Circuit Court of Macon County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for removal, the Defendant avers the following:

1. On or about May 3, 2007, the above-styled action was commenced against the Defendants in the Circuit Court of Macon County, Alabama.

2. A copy of the Summons and Complaint was served on Harborlite on May 15, 2007, and John Huggins on May 9, 2007. A complete copy of the court file from the Circuit Court of Macon County, Alabama is attached hereto as Exhibit A.

3. Other than the filing of the Complaint, no further proceedings have taken place in state court as to this matter.

4. This action is subject to removal on the basis of diversity of citizenship in that the Plaintiff is a resident and citizen of Montgomery County, Alabama; Defendant Huggins is a resident of Bainbridge, Georgia; and Defendant Harborlite is a corporation with its principal place

of business in Quincy, Florida.

6.  This petition is filed with this Court within 30 days of service of process on the Defendants.

7.  This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332, and since Defendants are not resident citizens of the State of Alabama, wherein the above-entitled action is pending, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8.  Notice of the Defendants' removal of the above-styled action has been given to the Clerk of the Circuit Court of Macon County, Alabama, and to counsel for the Plaintiff, as required by 28 U.S.C. § 1446(d). See Exhibit B attached hereto.

WHEREFORE, the Defendants have removed this action from the Circuit Court of Macon County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division.

_____
COWIN KNOWLES    KNO007
Attorney for Defendants
Harborlite Corporation and John Huggins

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Telefax: (334) 387-3222

2

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by placing same in the U.S. Mail, postage prepaid and properly addressed this ___6___ day of June, 2007.

                                                _____
                                                OF COUNSEL

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

State of Alabama  
Unified Judicial System  

SUMMONS - CIVIL  

Case Number  
CV-*07-49*  
ID YR #

### IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

Plaintiff(s) Dorothy Walker  V. Defendant(s) John Huggins, et al

NOTICE TO: John Huggins, 1103 Douglas Drive, Bainbridge, GA 31717

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS' ATTORNEY BRIAN P. STRENGTH WHOSE ADDRESS IS POST OFFICE BOX 830419, TUSKEGEE, ALABAMA 36083. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

To any Sheriff or any person authorized by either rules 4.1(b) (2) or 4.2(b) (2) or 4.4 (b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

X  This service is by certified mail of this summons and is initiated upon the written request of Plaintiff(s) pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

4-27-07  
Date  

David Love Jr.  
Clerk/Register  

By:_____

RETURN OF SERVICE:

☐  Certified Mail return receipt received in this office on (Date)_____ (Return receipt hereto attached).

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama, on (Date)_____.

_____  
Date  
Address of Server:_____

_____  
Server's Signature  
Type of Server:_____



EXHIBIT A

| State of Alabama | | Case Number |
| --- | --- | --- |
| Unified Judicial System | SUMMONS - CIVIL | CV- |
| | | ID YR # |

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

Plaintiff(s) Dorothy Walker   V. Defendant(s) John Huggins, et al

NOTICE TO: Harborlite Corporation, 612 South Shelfer Street, Quincy, FL 32351

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS' ATTORNEY BRIAN P. STRENGTH WHOSE ADDRESS IS POST OFFICE BOX 830419, TUSKEGEE, ALABAMA 36083. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

To any Sheriff or any person authorized by either rules 4.1(b) (2) or 4.2(b) (2) or 4.4 (b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

X   This service is by certified mail of this summons and is initiated upon the written request of Plaintiff(s) pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

4/27/07         *signature*                 By:_____
Date            Clerk/Register

RETURN OF SERVICE:

☐   Certified Mail return receipt received in this office on (Date)_____ (Return receipt hereto attached).

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____
    _____ in _____ County, Alabama, on (Date)_____.

_____              _____
Date                                Server's Signature
Address of Server:_____        Type of Server:_____

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| Dorothy Walker, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.:CV-07-49 |
| | ) |
| John Huggins; Harborlite | ) |
| Corporation; and | ) |
| Fictitious Defendants "A," "B," and | ) |
| "C," persons, corporations, firms or | ) |
| other entities whose wrongful conduct | ) |
| caused the injuries and damages to | ) |
| the Plaintiffs, all of whose true and | ) |
| correct names are unknown to the | ) |
| Plaintiffs at this time, but will be | ) |
| added by amendment when | ) |
| ascertained, | ) |
| | ) |
| Defendants, | ) |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff, Dorothy Walker, is over the age of majority and is a resident citizen in Pike Road, Alabama.

2. Defendant, John Huggins, is over the age of majority and is a resident citizen of Bainbridge, Georgia. At all times, Higgins was acting as the agent for Harborlite Corporation, and was acting in the line and scope of his emplyment.

3. Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to the cause of the injuries and damages to the Plaintiffs, all of whose true and correct names are unknown to the Plaintiffs at this time, but will be substituted by amendment when ascertained.

### FACTS

4. On or about April 29, 2005, Huggins acted in such negligent and/or wanton manner when he caused the vehicle he was driving to collide with the vehicle in which Plaintiff was driving

causing Plaintiff to suffer and sustain injuries and damages. The Defendant failed to yield the right of way to the vehicle in which Plaintiff was driving.

## COUNT I

5. Plaintiff re-alleges and incorporates the allegations in paragraphs 1-4 as if fully set forth herein.

6. As a proximate consequence of the Defendant's said negligence and/or wantonness, Plaintiff was caused to suffer the following injuries and damages:

   a) Medical Bills and other financial losses;
   b) Pain and suffering; and,
   c) Mental anguish and emotional distress.

WHEREFORE, premises considered, Plaintiff prays for a judgment for compensatory and punitive damages not to exceed $75,000, exclusive of interest and costs. The total amount sought by Plaintiff in this lawsuit, cumulative of all counts in the complaint, is not to exceed $75,000 exclusive of interest and costs.

## COUNT II

7. Plaintiff re-alleges and re-adopts by reference each of the foregoing paragraphs as if fully set forth herein.

8. Fictitious Defendants "A", "B", and "C", are also liable under the foregoing counts and theories.

9. As a direct and proximate consequence of the negligence and/or wantonness, Plaintiff was injured and damaged as alleged in the above paragraphs.

WHEREFORE, premises considered, each Plaintiff prays separately for a judgment for compensatory and punitive damages not to exceed $75,000 each, exclusive of interest and costs. The total amount sought by each Plaintiff in this lawsuit, cumulative of all counts in the complaint, is not to exceed $75,000 exclusive of interest and costs.

Respectfully Submitted,

JOCK M. SMITH (SMI047)
BRIAN P. STRENGTH (STR052)
VALERIE R. RUSSELL (RUS038)
Attorneys for Plaintiffs

**OF COUNSEL:**
COCHRAN, CHERRY, GIVENS & SMITH, P.C.

306 North Main Street
P. O. Box 830419
Tuskegee, Alabama 36083
(334) 727-0060
(334) 727-7197-fax

NOTE: This lawsuit is brought in its entirety only on the basis of state law claims. The total amount sought by each Plaintiff in this lawsuit, cumulative of all counts in the complaint, is not to exceed $75,000 exclusive of interest and costs.

| State of Alabama Unified Judicial System  Form ARCivP-93    Rev. 5/99 | COVER SHEET CIRCUIT COURT - CIVIL CASE (Not For Domestic Relations Cases) | Number  CV 2007 0049 ☐ - ☐  Date of Filing: 04 27 2007  Judge Code: XXX |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____MACON COUNTY_____, ALABAMA
(Name of County)

_____Dorothy Walker_____ v. _____John Huggins, et al._____
Plaintiff                                                        Defendant

First Plaintiff    ☐ Business   ☐ Individual       First Defendant    ☐ Business    ☐ Individual
                  ☐ Government ☐ Other                                ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice - Medical
- ☐ TOLM - Malpractice - Legal
- ☐ TOOM - Malpractice - Other
- ☐ TOFR - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale for Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Wills/Trusts/Estates/Guardianships
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

ORIGIN (check one):   F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER:
                      R ☐ REMANDED           T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?   ☐ YES  ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P., for procedure)

RELIEF REQUESTED:   ☑ MONETARY AWARD REQUESTED     ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: S T R 0 5 2     Date: 4-27-07     Signature of Attorney/Party filing this form

MEDIATION REQUESTED:   ☐ YES  ☑ NO  ☐ UNDECIDED



Macon Co. Circuit Clerk
101 E. Northside St.
Tuskegee, AL 36083

CERTIFIED MAIL

7005 1160 0002 7979 0703

Harbolite Corporation
612 South Shelfer St.
Quincy, FL 32351

NO MAIL RECEPTACLE — RETURNED TO SENDER

I, David R. Love, Jr., Clerk of Macon County Circuit Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appears of record in said Court. Witness my hand this 5 day of June, 2007

David R. Love, Jr.
Clerk, Macon County Circuit Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Huggins
   1103 Douglas Dr.
   Bainbridge, GA 31717

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 5-9-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0002 7979 0697

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE CIRCUIT COURT FOR
MACON COUNTY, ALABAMA

RECEIVED

2007 JUN -6 P 2: 25

| | |
|---|---|
| DOROTHY WALKER, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. CV-07-49 |
| JOHN HUGGINS and HARBORLITE CORPORATION, | * |
| Defendant. | * |

NOTICE TO STATE COURT OF
REMOVAL OF ACTION TO FEDERAL COURT

To:  Hon. David Love, Jr.
Macon County Circuit Clerk
P.O. Box 830723
Tuskegee, AL 36083

Please take notice that Defendants have this date filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division.

DATED this 6 day of June, 2007.

COWIN KNOWLES     KNO007
Attorney for Defendants
Harborlite Corporation and John Huggins

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Telefax: (334) 387-3222

EXHIBIT
B

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by placing same in the U.S. Mail, postage prepaid and properly addressed this ___ day of June, 2007.

                                                     _____
                                                     OF COUNSEL

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

2