IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ Eastern DIVISION

RECEIVED
2007 JUN -6 P 2: 25

| | |
|---|---|
| DOROTHY WALKER, | * |
| Plaintiff, | * |
| v. | * CASE NO. 3:07CV503-MEF |
| JOHN HUGGINS and HARBORLITE CORPORATION, | * |
| Defendant. | * |

### CORPORATE CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party to the above-captioned matter hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Harborlite Corporation

World Minerals, Inc.

_____
COWIN KNOWLES
Alabama Bar No. KNO007
Attorney for Defendant
Harborlite Corporation

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Telefax: (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing same in the U.S. Mail, postage prepaid and properly addressed this 6 day of June, 2007.

_____
OF COUNSEL

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

-2-