**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **DOROTHY WALKER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO. 3:07-cv-503-MEF** |
| | * | |
| **JOHN HUGGINS and HARBORLITE** | * | |
| **CORPORATION,** | * | |
| | * | |
| **Defendant.** | * | |

**REPORT OF PARTIES' PLANNING MEETING**

1.      Pursuant to 26(f), _FRCP_, a meeting of the parties was held on the 21st day of September 2007, and was attended by:

(a)      Brian Strength, on behalf of the Plaintiff;

(b)      Cowin Knowles, on behalf of the Defendants, John Huggins and Harborlite Corporation.

The parties jointly propose the following schedule for discovery, motions, pretrial conference, and trial of the issues in this action:

2.      Pre-discovery Disclosures.     The parties will exchange the information required by Rule 26(a), _FRCP_, by October 30, 2007.

3.      Discovery Plan.    The parties jointly propose to the following discovery plan.

a.      Discovery will be needed on the following subjects:

1.      Events related to the April 29, 2005, motor vehicle accident involving Dorothy Walker and John Huggins;

2.    Events related to the rendering of medical treatment provided to Dorothy Walker by various healthcare providers;

3.    The issues related to subrogation claims made by Blue Cross Blue Shield of Alabama;

b.    All persons represented by the same counsel shall be deemed a single party.  Parties shall be limited to 40 interrogatories propounded to opposing parties with responses due within 33 days after service.

c.    The parties shall be limited to requests for admission with responses due within 33 days after service

d.    Plaintiff Dorothy Walker shall be limited to eight depositions.

e.    Defendants shall be limited to eight depositions.

f.    Plaintiff to identify expert witnesses and deliver expert reports by January 30, 2008.

g.    Defendants to identify expert witnesses and deliver expert reports by February 28, 2008.

h.    Plaintiff to tender expert witnesses for deposition by February 21, 2008.

i.    Defendants to tender expert witnesses for deposition by March 21, 2008.

j.    All parties to exchange final lists of trial witnesses by June 7, 2008.

k.    All discovery shall be commenced in time to be completed by June 7, 2008.

4.    Other Items.

a.    The deadline for filing dispositive motions: April 1, 2008.

b.    Pretrial conference requested to be held on June 6, 2008.

c.     All parties to exchange lists of trial exhibits and tender for inspection/copying on or before June 25, 2008.

d.     Anticipated Trial term:     July 7, 2008, in Montgomery.

At this time the parties expect the trial to take a minimum of three days.

Done this 24th day of September, 2007.


/s/ Brian P. Strength
BRIAN P. STRENGTH
Attorney for Plaintiff
Dorothy Walker

OF COUNSEL:

Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083


/s/ Cowin Knowles
COWIN KNOWLES        (KNO007)
Attorney for Defendants
Harborlite Corporation and John Huggins

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Telefax: (334) 387-3222