IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY WALKER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CASE NO. 3:07-cv-503-MEF |
| | * |
| **JOHN HUGGINS and HARBORLITE** | * |
| **CORPORATION,** | * |
| | * |
| Defendant. | * |

## CORPORATE CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party to the above-captioned matter hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

/s/ Cowin Knowles
COWIN KNOWLES
Alabama Bar No. KNO007
Attorney for Defendant
John Huggins

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL  36102-2148
Telephone: (334) 387-7680
Telefax: (334) 387-3222

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Cowin Knowles
OF COUNSEL

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083