**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**


| | | |
|---|---|---|
| **DOROTHY WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:07-cv-503-MEF** |
| | ) | |
| **JOHN HUGGINS, et al.** | ) | |
| | ) | |
| **Defendants,** | ) | |


**CONFLICT DISCLOSURE STATEMENT**

      COMES NOW Dorothy Walker, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    _X___   This party is an individual, or

    _____   This party is a governmental entity, or

    _____   There are no entities to be reported, or

    _____   The following entities and their relationship to the party are hereby reported:


Reportable Entity                                           Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

<u>12/18/07</u>
Date

/s/ Brian P. Strength
Brian P. Strength
Counsel for Defendant, Carlos A. Ortega, Jr.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main St.
Tuskegee, AL 36083
Ph: (334) 727-0060

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification, on this the 18th day of December, 2007;

Thomas Cowin Knowles
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL  36102-2148


                            /s/ Brian P. Strength
                            OF COUNSEL