IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOROTHY WALKER,             ) | |
|                             ) | |
|    Plaintiff,   ) | |
| v.                          ) | CASE NO. 3:07-cv-503-MEF |
|                             ) | |
| JOHN HUGGINS, *et al.,*     ) | |
|                             ) | |
|    Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #15) filed on April 3, 2008, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before April 18, 2008. The plaintiff may file a reply brief on or before April 25, 2008.

DONE this the 7th day of April, 2008.

                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE